```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 11113
   GEORGE A CRAIG
   TRICIA A CRAIG                                CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7579    SSN XXX-XX-6227
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/07/06 and confirmed on 03/07/07.

2. The case was dismissed after confirmation, 09/07/2007.

3. The Debtor paid a total of $ 25200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 18235.61 | .00 | 18235.61 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 49261.17 | .00 | 2578.28 |
| HOUSEHOLD FINANCE CORP | SECURED | 1957.25 | .00 | 1957.25 |
| HOUSEHOLD FINANCE CORP | MORTGAGE ARRE | 4500.00 | .00 | 192.86 |
| ACTIVE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2104.75 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2165.59 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1931.20 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1356.66 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1290.22 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1232.43 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1116.63 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1023.69 | .00 | .00 |
| B LINE LLC | UNSECURED | 1222.56 | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 327.68 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 510.40 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | 960.00 | .00 | .00 |
| CRB | UNSECURED | 70.81 | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |

```
JEWEL FOOD STORES INC     UNSECURED      NOT FILED           .00          .00
HSBC                      UNSECURED      NOT FILED           .00          .00
ILL STATE TOLL HIWAY AUT  UNSECURED        1079.70           .00          .00
LVNV FUNDING              UNSECURED      NOT FILED           .00          .00
MEDICAL COLLECTION SERVI  UNSECURED      NOT FILED           .00          .00
MERCHANTS CREDIT GUIDE    UNSECURED      NOT FILED           .00          .00
METRA/BURLINGTON NORTHER  UNSECURED      NOT FILED           .00          .00
MIDLAND CREDIT MGMT       UNSECURED      NOT FILED           .00          .00
MRC RECEIVABLES HOUSEHOL  UNSECURED      NOT FILED           .00          .00
ORAL & MAXILLOFACIAL SUR  UNSECURED         410.00           .00          .00
OSWEGO COMMUNITY HIGH SC  UNSECURED      NOT FILED           .00          .00
PAYDAY LOAN               UNSECURED         583.87           .00          .00
RUSH COPLEY HOSPITAL      UNSECURED      NOT FILED           .00          .00
RUSH COPLEY MEDICAL CENT  UNSECURED      NOT FILED           .00          .00
GOGGINS & LAVINTMAN       UNSECURED      NOT FILED           .00          .00
AFNI/VERIZON              UNSECURED         679.89           .00          .00
TRICAP INVESTMENT PARTNE  FILED LATE          .00            .00          .00
TRICAP INVESTMENT PARTNE  FILED LATE          .00            .00          .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 73954.03          .00     18066.08          .00     92020.11
PRINCIPAL PAID     22964.00          .00          .00          .00     22964.00
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID         22964.00          .00          .00          .00     22964.00
```

The Debtor's attorney, GARY L SHILTS                   , was allowed $   1500.00
and was paid $    500.00  direct and $   1000.00  through the plan.

The Trustee received $   1236.00 .

Refunds to the Debtor totaled $        .00 .




            Dated: 12/18/07                  /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                          PAGE   3
    CASE NO. 06 B 11113 GEORGE A CRAIG & TRICIA A CRAIG
```